UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 5:08-CV-114-KKC

ANTHONY SALES                                                                                           PETITIONER

VS:                                                    **JUDGMENT**

STEPHEN M. DEWALT, Warden                                                                RESPONDENT

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

In accordance with the Memorandum Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** as follows:

(1)   Judgment is hereby entered in favor of the Respondent;

(2)   the claims asserted in this action by the Petitioner are hereby **DISMISSED**, and this matter **IS STRICKEN** from the Court's active docket;

(3)   this is a **FINAL** and **APPEALABLE** Judgment; further, there is no just cause for delay; and

(4)   the Court **CERTIFIES** that any appeal would not be taken in good faith.

Dated this 6th day of May, 2008.



Signed By:
*Karen K. Caldwell*  KKC
United States District Judge